UNITED STATES of America,
Plaintiff-Appellee,

v.

Damon Emanuel ELLIOTT,
Defendant-Appellant.

No. 16-7636

United States Court of Appeals,
Fourth Circuit.

Submitted: March 30, 2017

Decided: April 6, 2017

Damon Emanuel Elliott, Appellant Pro Se. Lindsay Eyler Kaplan, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Before TRAXLER and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Damon Emanuel Elliott appeals the district court's order declining to file Elliott's free-standing DNA motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Elliott, No. 8:97-cr-00053-PJM-1 (D. Md. Oct. 31, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED